# UNITED STATES DISTRICT COURT
### for the

EASTERN     District of     CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No:     2:22CR00054-TLN-02 |
| JAIRO LEONIDAS RAYMUNDO-CUA | ) |
|  | ) USM No:     89230-509 |
| Date of Original Judgment:          03/06/2023 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          51          months **is reduced to**          41 months          .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     03/06/2023     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          01/18/2024

_____
*Judge's signature*

Effective Date:          02/01/2024
          *(if different from order date)*

Troy L. Nunley, United States District Judge
*Printed name and title*