HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAIRO LEONIDAS RAYMUNDO-CUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO LEONIDAS RAYMUNDO-CUA,<br><br>Defendant. | No. 2:22-cr-0054-TLN-02<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, JAIRO LEONIDAS RAYMUNDO-CUA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See*

Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On March 2, 2023, this Court sentenced Mr. Raymundo-Cua to 51 months imprisonment;

4. Mr. Raymundo-Cua's total offense level was 24, his criminal history category was I (based on zero criminal history points), and the resulting guideline range was 51 to 63 months;

5. The sentencing range applicable to Mr. Raymundo-Cua was subsequently lowered by the zero-point provision;

6. Mr. Raymundo-Cua is eligible for a reduction in sentence, which reduces his total offense level by 2 from 24 to 22, resulting in an amended advisory guideline range of 41 to 51 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Raymundo-Cua's term of imprisonment to 41 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 17, 2024                           Dated:   January 17, 2024

PHILLIP A. TALBERT                                 HEATHER E. WILLIAMS
United States Attorney                             Federal Defender


 /s/ *Shelley D. Weger*                             /s/ *David M. Porter*
SHELLEY D. WEGER                                   DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                             Attorney for Defendant
UNITED STATES OF AMERICA                           JAIRO LEONIDAS RAYMUNDO-CUA

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Raymundo-Cua is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 24 to 22, resulting in an amended guideline range of 41 to 51 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March of 2023 is reduced to 41 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Raymundo-Cua shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 18, 2024

Troy L. Nunley
United States District Judge